IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01163-AP

NANCY JEAN DURAN,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael W. Seckar
402 W.12th Street
Pueblo, CO 81003
719.543.8636
719.543.8403 (fax)
seckarlaw@mindspring.com

For Defendant:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

     **A.     Date Complaint Was Filed:** May 22, 2009

     **B.     Date Complaint was Served on U.S. Attorney's Office**: June 10, 2009

     **C.     Date Answer and Administrative Record Were Filed:** August 8, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

     **A.     Plaintiff's Opening Brief**: October 5, 2009

     **B.     Response Brief due:** November 4, 2009

     **C.     Reply Brief due:** November 19, 2009

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     **A.     Plaintiff's Statement:** The Plaintiff does not request oral argument.

     **B.     Defendant's Statement:** The Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.     ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED:  August 27, 2009

                                  BY THE COURT:

                                  *s/John L. Kane*  
                                  U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>United States Attorney |
| /s Michael W. Seckar<br>Michael W. Seckar<br>402 W.12th Street<br>Pueblo, CO 81003<br>719.543.8636<br>719.543.8403 (fax)<br>seckarlaw@mindspring.com | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| Attorney for Plaintiff | /s Sandra T.Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov |
| | Attorneys for Defendant |