IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1163-AP**

**NANCY JEAN DURAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #16), filed December 7, 2009, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$1,042.50**.

Dated at Denver, Colorado, this 9th day of December, 2009.

                                BY THE COURT:

                                *S/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT